No. 96 – Circuit Court for Baltimore City
Case No. 115141035

No. 97 – Circuit Court for Baltimore City
Case No. 115141033

No. 98 – Circuit Court for Baltimore City
Case No. 115141034

Argued: March 3, 2016

IN THE COURT OF APPEALS

OF MARYLAND

Nos. 96, 97, & 98

September Term, 2015

_____

STATE OF MARYLAND

v.

BRIAN RICE

_____

STATE OF MARYLAND

v.

EDWARD NERO

_____

STATE OF MARYLAND

v.

GARRETT MILLER

_____

Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts
Hotten,

JJ.

_____

PER CURIAM ORDER

_____

Filed:  March 8, 2016

| STATE OF MARYLAND | * | IN THE |
|---|---|---|
| | * | |
| Appellant | * | COURT OF APPEALS |
| | * | |
| | * | OF MARYLAND |
| v. | * | |
| | * | |
| BRIAN RICE | * | No. 96 |
| | * | September Term, 2015 |
| Appellee | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*    \*   \*   \*   \*   \*

| STATE OF MARYLAND | * | IN THE |
|---|---|---|
| | * | |
| Appellant | * | COURT OF APPEALS |
| | * | |
| | * | OF MARYLAND |
| v. | * | |
| | * | |
| EDWARD NERO | * | No. 97 |
| | * | September Term, 2015 |
| Appellee | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*    \*   \*   \*   \*   \*

| STATE OF MARYLAND | * | IN THE |
|---|---|---|
| | * | |
| Appellant | * | COURT OF APPEALS |
| | * | |
| | * | OF MARYLAND |
| v. | * | |
| | * | |
| GARRETT MILLER | * | No. 98 |
| | * | September Term, 2015 |
| Appellee | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*    \*   \*   \*   \*   \*

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 8th day of March, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Baltimore City entered on January 20, 2016, denying the State's Motion to Compel a Witness to Testify Pursuant to Section 9-123 of the Courts and Judicial Proceedings Article, is reversed; and it is further

ORDERED that the above captioned cases, State of Maryland v. Brian Rice, State of Maryland v. Edward Nero, and State of Maryland v. Garrett Miller, be remanded to the Circuit Court for Baltimore City for entry of an order granting the motion, and for trial; and it is further

ORDERED that the stay issued by this Court be, and it is hereby, lifted, and it is further

ORDERED, that costs in this Court be paid by Appellees.


   /s/ Mary Ellen Barbera
   Chief Judge